### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAY FRANK SIMPSON, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 14-1047** |
| **PLAQUEMINES PARISH SHERIFF OFFICE, ET AL.** | **SECTION: "B"(4)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the plaintiff, Ray Frank Simpson, Jr.'s 42 U.S.C. § 1983 complaint against the defendants, the Plaquemines Parish Sheriff's Office and the New Orleans Parish Sheriff's Office, be **DISMISSED WITH PREJUDICE** as frivolous for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 21st  day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE